ACCEPTED
08-21-00039-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
4/23/2021 9:31 AM
ELIZABETH G. FLORES
CLERK

08-21-00039-CV

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS
## CASE NO. 08-21-00039-CV

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

4/23/2021 9:31:53 AM

ELIZABETH G. FLORES
Clerk

| | |
|---|---|
| **ACCREDITED SURETY AND CASUALTY COMPANY, INC.,** § § § | |
| **Appellant,** § § | |
| **v.** § § | |
| **BENCHMARK ELECTRICAL SOLUTIONS, INC., CONTROL INSULATION SERVICES, INC., INSPECTION ASSOCIATES, INC., SUNSTATE EQUIPMENT COMPANY, LLC, MARQUEZ CONSTRUCTION & MAINTENANCE, LLC, TEXAS GAMMA RAY, LLC, GLOBAL WELDING SERVICES, INC., DANCAR ENERGY CONSTRUCTION, LEXICON, INC, TARGA SOUTHERN DELAWARE, LLC,** § § § § § § § § § § § § § | **Appeal from the 112th Judicial District Court of Pecos County, Texas** **(TC# P-12305-B-112-CV)** |
| **Appellees.** § § | |

## ACCREDITED SURETY AND CASUALTY COMPANY, INC.'S
## RESPONSE TO AMENDED MOTION TO COMPEL MEDIATION

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellant Accredited Surety and Casualty Company, Inc. ("Accredited"), and files this Response to the Amended Motion to Compel Mediation, and would respectfully show as follows:

1. Accredited opposes the Amended Motion to Compel Mediation. The parties have previously mediated the disputes between and among themselves, and the disputes were not able to be resolved.

2. There are numerous legal issues that remain in dispute between and among the parties, and there are numerous factual insufficiencies for the grant of partial summary

---

judgment in the underlying case. These matters should be addressed by appeal of the partial summary judgment.

3. Accredited respectfully requests that the parties not be required to incur the costs of an additional mediation.

4. Accredited further opposes the suggested list of mediators filed as a part of the Amended Motion to Compel Mediation. This case involves complex factual and legal issues arising out of a surety relationship and the administration of surety bonds, and a mediator with that type of substantive background and experience would be needed for this matter.

Respectfully Submitted,

*/s/TONI SCOTT REED*
**TONI SCOTT REED**
State Bar No. 00788376
toni.reed@clarkhillstrasburger.com
**CHRISTOPHER R. WARD**
State Bar No. 24008233
christopher.ward@clarkhillstrasburger.com
**CLARK HILL STRASBURGER, LLP**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:     (214) 651-4345
Facsimile:     (214) 659-4091

**ATTORNEYS FOR ACCREDITED SURETY AND CASUALTY COMPANY, INC.**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing has been electronically served on all counsel of record, on April 23, 2021, via e-file.

*/s/TONI SCOTT REED*
TONI SCOTT REED

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Marianna Green on behalf of Toni Reed
Bar No. 00788376
marianna.green@clarkhillstrasburger.com
Envelope ID: 52759214
Status as of 4/23/2021 11:11 AM MST

Associated Case Party: Benchmark Electrical Solutions, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Charles E.Wear, Jr. | | charles@wear-law.com | 4/23/2021 9:31:53 AM | SENT |

Associated Case Party: Accredited Casualty and Surety Company, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chris Ward | | cward@clarkhill.com | 4/23/2021 9:31:53 AM | SENT |
| Toni Scottreed | | tsreed@clarkhill.com | 4/23/2021 9:31:53 AM | SENT |

Associated Case Party: Control Insulation Services, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mel Smith | | mel@mlsesq.com | 4/23/2021 9:31:53 AM | SENT |

Associated Case Party: Marquez Construction & Maintenance, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Shane M.Bebout | | sbebout@toddlawfirm.com | 4/23/2021 9:31:53 AM | SENT |
| Janie M.Whitfield | | janie@toddlawfirm.com | 4/23/2021 9:31:53 AM | SENT |

Associated Case Party: Inspection Associates, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kristen Bates | | kbates@thestrongfirm.com | 4/23/2021 9:31:53 AM | SENT |
| Bret L.Strong | | bstrong@thestrongfirm.com | 4/23/2021 9:31:53 AM | SENT |

Associated Case Party: Texas Gamma Ray, LLC

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Marianna Green on behalf of Toni Reed
Bar No. 00788376
marianna.green@clarkhillstrasburger.com
Envelope ID: 52759214
Status as of 4/23/2021 11:11 AM MST

Associated Case Party: Texas Gamma Ray, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard A.Simmons | | rsimmons@ws-law.com | 4/23/2021 9:31:53 AM | SENT |

Associated Case Party: Sunstate Equipment Co., LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| T. RagonRichey | | trr@trricheylawfirm.com | 4/23/2021 9:31:53 AM | SENT |

Associated Case Party: Lexicon, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| W. JasonWalker | | jwalker@andrewsmyers.com | 4/23/2021 9:31:53 AM | SENT |

Associated Case Party: Global Welding Services, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Scott Davenport | | scottd@davenport-law.com | 4/23/2021 9:31:53 AM | SENT |

Associated Case Party: Targa Southern Delaware LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Folk | | lfolk@porterhedges.com | 4/23/2021 9:31:53 AM | SENT |
| Emily APendleton | | ependleton@porterhedges.com | 4/23/2021 9:31:53 AM | SENT |
| Lola Martinez | | lmartinez@porterhedges.com | 4/23/2021 9:31:53 AM | SENT |
| Amy K.Wolfshohl | | awolfshohl@porterhedges.com | 4/23/2021 9:31:53 AM | SENT |

Case Contacts

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Marianna Green on behalf of Toni Reed
Bar No. 00788376
marianna.green@clarkhillstrasburger.com
Envelope ID: 52759214
Status as of 4/23/2021 11:11 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marianna Green | | magreen@clarkhill.com | 4/23/2021 9:31:53 AM | SENT |

Associated Case Party: DanCar Energy Construction

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert M.Lovein | | rlovein@loveinribman.com | 4/23/2021 9:31:53 AM | SENT |